UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LITTLE KIDS, INC.

v. Civil Action No. 2005-25-ML

LINE DRIVE SPORTS, INC., and
PASQUALE M. VITALE

***AFFIDAVIT IN PROOF OF SERVICE***

I, Douglas J. Emanuel, being duly sworn, hereby depose and state as follows:

1. I am counsel of record for Little Kids, Inc. in the above-entitled action. I make this affidavit in good faith and on the basis of my knowledge of the facts as set forth herein.

2. On February 3, 2005, I engaged the Middlesex (Massachusetts) County Sheriff's Office to effect service of process on each of the two defendants, Pasquale Vitale and Line Drive Sports, Inc.

3. On February 16, 2005, the Middlesex (Massachusetts) County Sheriff's Office, by and through Deputy Lawrence McMahon, effected personal service of the Summons and Complaint on each of the defendants.

4. Because service by a Deputy Sheriff is a means of effecting service according to the Massachusetts Rules of Civil Procedure, it is effective service pursuant to Fed. R. Civ. P. 4.

5. Neither defendant is an infant or incompetent, and neither is protected by the Soldiers' and Sailors' Civil Relief Act of 1940.

2

6. The two original summonses and Deputy McMahon's original return of service are attached hereto.

Dated: February 22, 2005

Douglas J. Emanuel (5176)

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me this 22nd day of February, 2005.

NOTARY PUBLIC
My Commission Expires: 7-1-05

The Commonwealth of Massachusetts
Middlesex Sheriff's Office
Civil Process Division
P.O. Box 410180
271 Cambridge Street
Cambridge, Massachusetts 02141-0002
Phone (617) 547-1171 • Fax (617) 868-7244

JAMES V. DIPAOLA
*SHERIFF*

GERALD BREEN
*CHIEF DEPUTY SHERIFF*

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

**February 16, 2005**

**I hereby certify and return that on 2/11/2005 at 12:00PM I served a true and attested copy of the letter & SUMMONS & COMLAINT in this action in the following manner: To wit, by delivering in hand to PASQUALE M. VITALE at , 76 WINDSOR Road, MEDFORD, MA 02155. Out of State Service ($30.00) Total Charges $30.00**

**SUBSCRIBED AND SWORN BEFORE ME ON THIS 16TH DAY OF FEBRUARY, 2005**

**NOTARY PUBLIC** **MY COMMISSION EXPIRES ON SEPTEMBER 29,2006**

*Deputy Sheriff*

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

**February 16, 2005**

**I hereby certify and return that on 2/11/2005 at 12:00PM I served a true and attested copy of the letter & SUMMONS & COMLAINT in this action in the following manner: To wit, by delivering in hand to PASQUALE M. VITALE, PRESIDENT OF LINE DRIVE SPORTS INC., 76 WINDSOR Road, MEDFORD,, MA 02474. Out of State Service ($75.00), Special Service Fee ($25.00) Total Charges $100.00**

**SUBSCRIBED AND SWORN BEFORE ME ON THIS 16TH DAY OF FEBRUARY ,2005**

**NOTARY PUBLIC** **MY COMMISSION EXPIRES ON SEPTEMBER 29,2006**

*Deputy Sheriff*

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

LITTLE KIDS, INC.

V.

LINE DRIVE SPORTS, INC., and

PASQUALE M. VITALE

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 05 025 ML

TO: (Name and address of Defendant)

Pasquale M. Vitale
20 Jean Road
Arlington, MA 02174

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard D. Zimmerman
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 1/25/05

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

LITTLE KIDS, INC.

V.

LINE DRIVE SPORTS, INC., and

PASQUALE M. VITALE

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 05 025 ML

TO: (Name and address of Defendant)

Line Drive Sports, Inc.
6 Memory Lane
N. Reading, MA 01861

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard D. Zimmerman
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK [signature] DATE 1/25/05

(By) DEPUTY CLERK