RECEIVED
MAY 09 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LITTLE KIDS, INC.,

Plaintiff

v. C.A. No. 05-025-ML

LINE DRIVE SPORTS, INC., and
PASQUALE M. VITALE,

Defendants.

Notice of Dismissal

Plaintiff Little Kids, Inc. dismisses this action without prejudice pursuant to Fed. R. Civ. Pro. Rule 41(a)(1), each party to bear his or its own costs, fees and expenses.

LITTLE KIDS, INC.

By its Attorneys,

Richard Z

Richard D. Zimmerman (#4043)
CHACE RUTTENBERG & FREEDMAN, LLP
One Park Row - Suite 300
Providence, Rhode Island 02903
Phone (401) 453-6400
Fax (401) 453-6411

Enter:
Mary M. Lisi
USDJ
5/9/05

Dated: May 5, 2005

3